**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PEACHTREE SETTLEMENT FUNDING, LLC, *Plaintiff* | § | |
| v. | § | Case No. 24 CV 714 |
| ALEXIS VELASQUEZ *Defendant.* | § | |

**PEACHTREE SETTLEMENT FUNDING, LLC'S ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Peachtree Settlement Funding, LLC files this, its Original Complaint, seeking consent by this Honorable Court to proceed with an Application for Approval of Transfer of Structured Settlement Payment Rights pursuant to Chapter 141 of the Texas Civil Practice & Remedies Code (the "Texas SSPA") whereby the parties seek to complete a proposed transaction involving the transfer of certain structure settlement payments arising from an Agreed Final Judgment entered by this Honorable Court in Case No. 04-CV-01855 as follows:

**Parties**

1. Peachtree Settlement Funding, LLC is a Nevada limited liability company with its principal place of business at 3993 Howard Hughes Parkway, Suite 250, Las Vegas, Nevada, 89169-6754, USA.

   a. The sole member of Peachtree Originations, LLC is J.G. Wentworth S.S.C. Limited Partnership, a Nevada limited partnership.

b. The partners of J.G. Wentworth S.S.C. Limited Partnership are Orchard Acquisition Company, LLC and J.G. Wentworth Structured Settlement Funding II, LLC.

c. The sole member of J.G. Wentworth Structured Settlement Funding II, LLC is Orchard Acquisition Company, LLC.

d. The sole member of Orchard Acquisition Company, LLC is J.G. Wentworth, LLC.

e. The sole member of J.G. Wentworth, LLC is The J.G. Wentworth Company, LLC.

f. The members of J.G. Wentworth Company, LLC are J.G.W. Holdings, Inc., a Delaware corporation, JLL Associates V GP, LLC, and The J.G. Wentworth Company, a Delaware corporation.

g. The sole member of JLL Associates V GP, LLC is Paul Levy, a citizen of Florida.

2. Alexis Velasquez is a Texas citizen over the age of 18 years old currently residing in Dallas County, Texas.

**Jurisdiction and Venue**

3. This Court has jurisdiction based on complete diversity of citizenship between the parties and because the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

4. Venue is proper under 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to the claim occurred in the District Court for the Houston Division of the Southern District of Texas by its entry of the Agreed Final Judgment.

**Statement of Facts**

5. On August 13, 2004, Alexis Velasquez obtained judgment against Dewey Ellis Johnson and Phil Garside, Inc. in the Southern District of Texas, Houston Division, Case No. 04-CV-01855, resulting in a structured settlement. A copy of the Final Judgment is attached as Exhibit "1".

6. As part of the the Final Agreement for Alexis Velasquez, the Court approved the Settlement Agreement and Release which ordered that Wade be paid certain periodic payments in the future pursuant to the settlement agreement in the case, specifically:

> "$1,733.00 payable monthly for life, begining 01/011/2016 (Age 16) for 50 years certain (i.e., payable regarless of whethar Alexis A. Velasquez is alive) and life. Last Guaranteed payment is due 12/1/2065."

7. The Settlement Agreement and Release additionally includes an "anti-assignability clause" which states that "The Claimant shall have no power to sell, mortgage, encumber, or anticipate the payments in whole, or in part by assignment or otherwise."

8. Peachtree Settlement Funding, LLC and Alex Velasquez entered into a proposed transaction in which Alex Velasquez seeks to transfer the rights to receive certain Periodic Payments to Peachtree Settlement Funding, LLC in exchange for an immediate lump sum payment to be paid by Peachtree Settlement Funding, LLC to Alex Velasquez. The Purchase Contract is attached and incorporated by Reference as Exhibit "2".

9. Alex Velasquez has agreed to transfer and assign to Peachtree Settlement Funding, LLC the right to receive certain of the Periodic Payments as follows:

> "300 monthly payments of $1,733.00 each, beginning on December 11, 2023 and ending on November 11, 2048"

10. The payments which are being transferred to Peachtree Settlement Funding, LLC pursuant to the Transfer Agreement, as defined below shall hereafter be referred to as the "Assigned Payments."

11. Alex Velasquez executed an Absolute Sale and Security Agreement dated on or about September 18, 2023, in which Alex Velasquez agreed to assign and transfer the Assigned Payments to Peachtree Settlement Funding, LLC and/or its successors and assigns. This document constitutes a Transfer Agreement as defined by Section 141.002(19) of the Texas SSPA.

12. Peachtree Settlement Funding, LLC timely provided to Alex Velasquez a written disclosure statement in accordance with Section 141.003 of the Texas SSPA, on which the Alex Velasquez executed the Transfer Agreement as evidenced by Exhibit "2".

13. Alex Velasquez was advised in writing to seek independent professional advice regarding the financial, legal, and tax implications of the transfer pursuant to the Texas SSPA, and Alex Velasquez has knowingly waived his right to receive independent professional advice in writing. A copy of the Wade's Acknowledgement of Waiver of Independent Professional Advice is attached hereto as Exhibit "3" attached and incorporated by reference.

14. Due to the existence of the "anti-assignability clause" in the Agreed Final Judgment, Insurers asked Peachtree Settlement Funding, LLC to obtain consent from the District Court for the Houston Division of the Southern District of Texas in order to proceed with the proposed transfer of the Assigned Payments as contemplated in the Transfer Agreement between Alex Velasquez and Peachtree Settlement Funding, LLC.

**Prayer for Relief**

15. Based upon the foregoing, Peachtree Settlement Funding, LLC respectfully requests that this Honorable Court grant consent for Peachtree Settlement Funding, LLC and Alex

Velasquez to proceed with the proposed transfer of the Assigned Payments as contemplated in the Transfer Agreement so that Peachtree Settlement Funding, LLC and Alex Velasquez may proceed with an Application for Approval of Transfer of Structured Settlement Payment Rights and seek final court approval of the proposed transfer in the appropriate Texas state court pursuant to the Texas SSPA.

Respectfully submitted,

***Michael Gallevo Law, PLLC***

By: ______________________________

Michael Gallevo
Texas Bar No. 24057858
Federal ID No. 1589412
3526 East FM 528, Suite 204
Friendswood, TX 77479
Tel. (832) 742-7511
Fax. (888) 547-1473
mgallevo@michaelgallevolaw.com

ATTORNEY FOR
PEACHTREE SETTLEMENT FUNDING, LLC